FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 MAR 18 AM 10:08
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

RECEIVED
MAR 18 2021
CLERK
U.S. DISTRICT COURT

for the

District of

Division

TRALAN DebonteJoVonni DupReeCARR
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See AttAched
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 8:21cv117
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | TRALAN D. CARR |
| Address | 1700 N. Victory Road |
| | NORFOLK (City) NE (State) 68701 (Zip Code) |
| County | MADISON |
| Telephone Number | 402-370-4321 |
| E-Mail Address | MATAYA.Leafty1227@gMAil.CoM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | see AttAched..... |
| Job or Title *(if known)* | |
| Address | NORFolK Regional CenteR STAFF |
| | NORFolK (City) NE (State) 68701 (Zip Code) |
| County | MADISON |
| Telephone Number | (402)-370-3400 |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | (City) (State) (Zip Code) |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name ______________________

Job or Title *(if known)* ______________________

Address ______________________

______________________
*City* *State* *Zip Code*

County ______________________

Telephone Number ______________________

E-Mail Address *(if known)* ______________________

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______________________

Job or Title *(if known)* ______________________

Address ______________________

______________________
*City* *State* *Zip Code*

County ______________________

Telephone Number ______________________

E-Mail Address *(if known)* ______________________

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 14th AMMendMent

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See AttAcheD....

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

NoRFolk Regional CenteR

B. What date and approximate time did the events giving rise to your claim(s) occur?

MARCh 1St TO CuRRent

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

see AttAched.....

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$300,000/DeFendAnt And Full PARdon

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/15/2021

Signature of Plaintiff [signature]

Printed Name of Plaintiff TRALAN D. CARR

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Address ______________

______________ *City* ______ *State* ______ *Zip Code*

Telephone Number ______________

E-mail Address ______________

Statement

On or around the 1st week of March 2021 I was placed on a phone restriction in which defendants all decided as a team during my treatment plan review. I am suing the defendants in their individual capacity for $300,000 per defendant plus a full release of civil commitment / full pardon as justified by my 1st and 14th ammendments. According to the Turner Factors there was no other alternative but to have the treatment team listen in to my phone calls and to violate my privacy by dialing these phone calls.

Please see Wiley Vs. Norfolk Regional Center

Around the 2nd week of March 2021, I was told I could not have any type of visits with my girlfriend, whether by skype or physical. The defendants excuse was that I'm manipulating a fellow peer because she was his sister. I reached out to the ombudsman's office and he said that excuse is not justifiable. There is no such policy at NRC regarding if patients can visit their peer's family members.

As mentioned in Wiley VS. Norfolk Regional Center (8:20CV147) these restrictions should not be placed because such policies and lack of are not backed up by probable cause and clear, convincing evidence such as a restraining order or a condition placed by the mental health board.

These statements are true and accurate under penalty of perjury

[signature] 3/15/2021

Defendants Names

Patricia True
Larry Sohler
Julie Batenhorst
Andrew Corbin
Hunter Lewis
Alyssa Colver
Bonnie Bergland
Chris Luebe
Todd Phelps
Cheryl Heiman
Marsha Schwartz
Dr. Juvet Ch'e

In their individual capacity for $300,000 and a full Pardon

Tralan D. Carr
1700 N Victory Rd.
Norfolk, NE 68701




Roman L. Hruska Federal Courthouse
111 S. 18th Plaza
Suite 1152
Omaha, NE 68102

RECEIVED
MAR 18 2021
CLERK
U.S. DISTRICT COURT

APPROVED